UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Anthony D Cisternino | ) | BK No.: 13-24152 |
| | ) | |
| | ) | Chapter: 7 |
| | ) | Honorable Donald R. Cassling |
| Anthony D Cisternino   Debtor(s) | ) | Adv. No.: 18-00187 |
| | ) | |
| National Collegiate Trust   Plaintiff(s) | ) | |
| | ) | |
| Defendant(s) | ) | |

**ORDER DISMISSING ADVERSARY COMPLAINT**

This cause, coming to be heard on the Plaintiff's Motion, due notice being given to all interested parties, and the Court being fully advised;

IT IS HEREBY ORDERED:

Adversary Complaint 18-00187 is dismissed with prejudice.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated: October 25, 2018

**Prepared by:**

Raffy A. Kaplan
Kaplan Bankruptcy Firm, LLC
25 E Washington St., Ste. 1501
Chicago, IL 60602
(312) 294-8989